

FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jorge Alejandro Gutierrez, Jr.<br>DEFENDANT(S). | CASE NUMBER<br><br>08-1503 M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___November 20___, ___2008___, at ___1:30___ ☐ a.m. / ☒ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___11/19/08___                        _____
                                              U.S. District Judge/Magistrate Judge